UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| AUDREY P., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of the Social <br> Security Administration, <br><br> Defendant | C.A. No. 1:20-CV-00092-MSM-PAS |

ORDER

Mary S. McElroy, United States District Judge.

On January 8, 2021, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R"), ECF No. 17, recommending that the Court grant the Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 11) and order a remand for further proceedings, not for an award of benefits. Further, the Magistrate Judge recommended that the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) be denied. After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R &R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 11) is GRANTED with remand for

further proceedings and not for an award of benefits. Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 13) is DENIED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
January 29, 2021